No. 5250. BOSTIC v. UNITED STATES. C. A. 6th Cir. Motion for leave to proceed in forma pauperis and certiorari granted.

No. 5485. JOHNSON v. MISSISSIPPI. Sup. Ct. Miss. Motion for leave to proceed in forma pauperis and certiorari granted.

No. 93. LITTMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 383. HAYNEY v. NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 417. SANTOS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 561. SWEENY INDEPENDENT SCHOOL DISTRICT ET AL. v. HARKLESS ET AL. C. A. 5th Cir. Certiorari denied.

No. 604. LEIMBACH CONSTRUCTION CO. v. MAYOR OF BALTIMORE ET AL. Ct. App. Md. Certiorari denied.

No. 606. MISSOURI EX INF. DANFORTH, ATTORNEY GENERAL v. BANKS. Sup. Ct. Mo. Certiorari denied.

No. 763. NATIONAL SCREEN SERVICE CORP. ET AL. v. EXHIBITORS POSTER EXCHANGE, INC. C. A. 5th Cir. Certiorari denied.

No. 764. ABERDEEN CABLE TV SERVICE, INC., ET AL. v. CITY OF ABERDEEN ET AL. Sup. Ct. S. D. Certiorari denied.

No. 770. PULAKOS v. REDEVELOPMENT AUTHORITY OF THE CITY OF ERIE. Sup. Ct. Pa. Certiorari denied.